UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARTHREX INC.,

    Plaintiff,

v.                                             Case No. 2:11-cv-694-FtM-29SPC

PARCUS MEDICAL, LLC,

    Defendant.
_____/

**ORDER**

    This matter comes before the Court on Defendant Parcus Medical's Motion to File Under Seal Unredacted Reply Brief (Doc. #73) in Support of Motion to Compel Production of Arthrex C3 Contracts (Doc. #53), for Limited Purpose of *In Camera* Inspection and Judicial Determination of Whether Sealing Is Appropriate (Doc. #77).

    The decision to conduct an *in camera* review falls within the broad discretion of the Court. United States v. Zolin, 491 U.S. 554 (1989). Here, the Defendant moves the Court to review, *in camera*, its unredacted Reply Brief and accompanying Exhibits A through G (Doc. #73). As grounds Defendant states, Parcus seeks to file the unredacted Reply Brief and Exhibits under seal not because it believes these documents should remain sealed, but only to obtain the Court's determination as to whether they should be publicly filed by ECF or filed under seal. Parcus has no choice but to seek this determination, because, as described in detail in Parcus' "Motion to File Under Seal Unredacted First Amended Answer and Counterclaims for *In Camera* Inspection"

(Doc. # 76), Arthrex has threatened both Parcus Medical and its undersigned counsel with further litigation if any allegedly "confidential" Arthrex information is filed.

Given the Court's discretion to use *in camera* review to make determinations regarding various aspects of the litigation process, the Court grants the Defendant leave to submit the unredacted Reply Brief (Doc. #73) and its accompanying Exhibits for *in camera* review. The Court reserves ruling as to whether it is appropriate to file with the Court the Reply Brief and its Exhibits under seal.

Accordingly, it is now **ORDERED**:

(1) Defendant Parcus Medical's Motion to File Under Seal Unredacted Reply Brief (Doc. #73) in Support of Motion to Compel Production of Arthrex C3 Contracts (Doc. #53), for Limited Purpose of *In Camera* Inspection and Judicial Determination of Whether Sealing is Appropriate (Doc. #77) is **GRANTED**.

(2) The Court **RESERVES** ruling on whether it is appropriate to file the documents under seal with the Court.

(3) Defendant is to submit to the Court the unredacted Reply Brief (Doc. #73) and its accompanying Exhibits no later than **Friday, September 7, 2012,** for *in camera* review. The unredacted Reply Brief may be submitted via the U.S. Mail, FedEx or UPS to Judge Sheri Polster Chappell, United States Courthouse and Federal Building, 2110 First Street, Fort Myers, FL 33901, Attn: Doug Kemp.

**DONE** and **ORDERED** at Fort Myers, Florida, this 31st day of August, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record