UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**ARTHREX INC.,**

    Plaintiff,

v.                                           Case No. 2:11-cv-694-FtM-29SPC

**PARCUS MEDICAL, LLC,**

    Defendant.
_____/

## ORDER

This matter comes before the Court on Defendant's Motion to File Under Seal Unredacted First Amended Answer and Counterclaims for Limited Purpose of *In Camera* Inspection and Judicial Determination of Whether Sealing is Appropriate (Doc #76). Defendant filed this motion with the Court on August 23, 2012. Six days later, on August 29, 2012, Plaintiff filed an Amended Complaint against Defendant (Doc. #81), thus making the Defendant's First Amended Answer and Counterclaims (Doc. #66) moot.

While the Court will deny the present motion as moot, the Defendant may file a new motion regarding the forthcoming Answer to the Plaintiff's Amended Complaint with the Court for an *in camera* review if the Defendant so wishes. At that time, the Court will make a determination as to whether the Answer should be filed under seal, balancing the interests of trade secret protection and the public's right of access to documents.

Accordingly, it is now

**ORDERED**:

Defendant Parcus Medical's Motion to File Under Seal Unredacted First Amended Answer and Counterclaims for Limited Purpose of *In Camera* Inspection and Judicial Determination of Whether Sealing is Appropriate (Doc. #76) is **DENIED** as moot.

**DONE** and **ORDERED** at Fort Myers, Florida, this 12th day of September, 2012

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record