UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARTHREX, INC.,

    Plaintiff,

v.                           Case No:   2:11-cv-694-FtM-29CM

PARCUS MEDICAL, LLC,

    Defendant.

## ORDER

Before the Court is Parcus Medical LLC's Unopposed Motion for Leave to File Under Seal Parcus Medical LLC's Amended Opposition to Arthrex's Motion *In Limine* to Exclude Evidence Regarding Certain Agreements [343] (Doc. 345), filed on May 7, 2014. Upon review, Parcus' amended opposition (Doc. 343) is not materially different, for purposes of the Court's resolution of the instant Motion, than Parcus' original opposition (Doc. 322).[1] The Court previously found good cause and permitted Parcus to file Doc. 322 under seal. *See* Doc. 344. Thus, the Court also finds there is good cause to permit Parcus to file its amended opposition (Doc. 343) under seal.

---

[1] The only difference appears to be footnote 3. *Compare* Doc. 322 at 3 n.3 *with* Doc. 343 at 3 n.3.

- 2 -

ACCORDINGLY, it is hereby

**ORDERED:**

1.      Parcus Medical LLC's Unopposed Motion for Leave to File Under Seal Parcus Medical LLC's Amended Opposition to Arthrex's Motion *In Limine* to Exclude Evidence Regarding Certain Agreements [343] (Doc. 345) is **GRANTED**.

2.      Parcus shall mail or hand-deliver the materials to be filed under seal to the Clerk of Court.

**DONE** and **ORDERED** in Fort Myers, Florida on this 8th day of May, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:

Counsel of record