UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARTHREX, INC.,

    Plaintiff,

v.                                            Case No:   2:11-cv-694-FtM-29CM

PARCUS MEDICAL, LLC,

    Defendant.

## ORDER

Before the Court is Arthrex's Unopposed Motion to Seal Notice of Supplemental Authority ("Motion") (Doc. 380), filed on June 17, 2014.  Arthrex is requesting the Court enter an order sealing Exhibit 1 to Arthrex's Notice of Supplemental Authority.  Arthrex informs the Court that it seeks to file as supplemental authority an unredacted copy of a recent decision by the Honorable Sheri Polster Chappell that was filed under seal in the related "Trade Secrets" case, No. 2:10-cv-151-FtM-36DNF (Doc. 493).  Arthrex states that filing the decision under seal in this case is necessary to preserve the seal in the Trade Secrets case.

Upon review of the proposed supplemental authority, the Court finds good cause to permit Arthrex to file that document under seal as Exhibit 1 to the Notice.

ACCORDINGLY, it is hereby

**ORDERED:**

1.    Arthrex's Unopposed Motion to Seal Notice of Supplemental Authority (Doc. 380) is **GRANTED**.

2. Upon receipt, the Clerk shall file under seal as an attachment to the Notice (Doc. 379) the June 3, 2014 Sealed Order (Doc. 493) entered in *Arthrex, Inc. et al. v. Parcus Medical, LLC*, No. 2:10-cv-151-FtM-36DNF.

**DONE** and **ORDERED** in Fort Myers, Florida on this 19th day of June, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:

Counsel of record