UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARTHREX, INC.,

    Plaintiff,

v.                                Case No: 2:11-cv-694-FtM-29CM

PARCUS MEDICAL, LLC,

    Defendant.

## ORDER

Before the Court is the parties' Joint Motion for Return of Sealed Documents (Doc. 396), filed on October 13, 2014. The parties filed various documents under seal throughout the course of this litigation, and now that the action has settled the parties seek the return of the sealed documents from the Clerk's Office. The Court finds good cause to grant the parties' request.

ACCORDINGLY, it is hereby

**ORDERED:**

The Joint Motion for Return of Sealed Documents (Doc. 396) is **GRANTED**. The Clerk is directed to return the sealed documents to the respective parties. The parties are directed to contact the appropriate docket clerk regarding the procedure for the return of the sealed documents.

- 2 -

**DONE** and **ORDERED** in Fort Myers, Florida on this 15th day of October, 2014.

*/s/ Carol Mirando*
CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record